AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1225 4th Street, NE
Washington, D.C. 20002

UNDER SEAL

**SEARCH WARRANT**

CASE NUMBER:
05-0588M-01

TO: Cynthia Paige Pinson   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent with the Federal Bureau of Investigation who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

1225 4th Street, NE, Washington, D.C. 20002, including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
(as further described in "Attachment B")

FILED

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before     14 NOV 2005
                                                            (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 08 2005  1:50pm           at Washington, D.C.

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/8/2005 | 11/10/2005 9:45AM | LEFT ON PREMISES - NO ONE PRESENT |

INVENTORY MADE IN THE PRESENCE OF  SA Stephen K Schmidt and SA Melissa Godbold

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED LIST.



FILED

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____        _____
U.S. Judge or U.S. Magistrate Judge              Date

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

On (date) __11/10/2005__
At (time) __9:40 PM__
(Name) __YY ENTERPRISES__
(Location) 1225 4th Street NE
Washington DC

Item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

| ITEM# | DESCRIPTION |
|---|---|
| 1 | Pegasus CPU, no serial number |
| 2 | Pegasus CPU, no serial number (was powered up and running Peach Tree Accounting software, shutdown and unplugged by SA Stephen K. Schmidt) |
| 3 | Pegasus CPU, no serial number |
| 4 | Nokia 330 Music Phone, quantity forty nine (49) |
| 5 | eighteen (18) white Washington Redskins NFL Reebok jerseys |
| 6 | seventeen (17) twelve-packs of Nike hats plus one (1) loose hat |
| 7 | ten (10) maroon Washington Redskin NFL Reebok jerseys |
| 8 | Thirteen (13) maroon Washington Redskins Mitchell-Ness jerseys |
| 9 | Fifty one (51) Sony Ericsson Singular prepaid wireless phones |
| 10 | Ten (10) Nike running pants |
| 11 | Ten (10) Nike running pants |
| 12 | Sixteen (16) maroon Washington Redskins NFL Reebok jerseys |
| 13 | Fifteen (15) Tommy Hilfiger denim vests |
| 14 | Eight (8) Nike running pants |
| 15 | One (1) Washington nationals baseball cap |
| 16 | One (1) Siemens AT&T wireless phone |
| 17 | One (1) Panasonic AT&T wireless phone |
| 18 | Express Mail envelope, China Post, containing carbons of Bank of America checks for YY Enterprises, park slip from Delta approved in Clinton, TN, and fax from Krok Shing Hong Inc., Brooklyn, NY |
| 19 | Nokia Cingular wireless phones, quantity three (3) |
| 20 | One (1) Pagenet Pager, FCC ID AMWUP6232 serial 45 |
| 21 | Twenty three (23) Nike denim jackets |
| 22 | Sixteen (16) Tommy Hilfiger denim vest |

| ITEM# | DESCRIPTION |
|---|---|
| 23 | 119 Nike knit caps. |
| 24 | 19 Nike running pants. |
| 25 | 18 Sean Jean Denim Vests |
| 26 | 16 Nike Baseball caps |
| 27 | Seventy six (76) Nokia Handsfree headsets. |
| 28 | 1 Sharp UX-A260 fax Machine. Serial # 37107730. |
| 29 | 1 Sharp fax machine UX-106. Serial # 5716706X. |
| 30 | 57 MLB baseball caps (Washington Nationals and NY Yankees) |
| 31 | 84 pairs of CK cotton socks |
| 32 | 25 dozen pair Starter white sport socks. |
| 33 | 222 pair white Reebok sport socks. |
| 34 | 15 dozen pair white Starter sport socks. |
| 35 | 15 bags of 12 pair of Starter socks. |
| 36 | 1 Nike running pant |
| 37 | 214 Sports figure pictures |
| 38 | 1 Pegasus computer tower. No visible serial number. |
| 39 | 118 film/movie star pictures. |
| 40 | 5 DVDs in box marked Transporter 2. |
| 41 | Business documents that need translation. |
| 42 | Reader ID card for Library of Congress for Warren Shields. Receipt from FM trucking USA. |
| 43 | Bank receipts, utility bills, various invoices, phone bill, IRS notice of tax deposit. |
| 44 | 871 Pre release movie DVDs |
| 45 | 1503 Pre release movie DVD |
| 46 | 5 Motorola flip phones |
| 47 | 16 Y mart receipts |
| 48 | At&T bill, business card, movie list, receipts |
| 49 | 24 Burberry purses (shopping cart with wheels) |
| 50 | 13 blcak/brown Louis Vuitton purse |
| 51 | 11 black/brown Louis Vuitton purses. |
| 52 | 100 pre released DVDs |

| ITEM# | DESCRIPTION |
|---|---|
| 53 | 200 Music performer pictures. |
| 54 | 200 Music Performer pictures |
| 55 | 200 Music Performer Pictures |
| 56 | 200 Music Performer Pictures. |
| 57 | 12 Bags of Nike hats. 12 hats per bag (144) |
| 58 | 513 pre released DVDs |
| 59 | 92 Sports pictures. |
| 60 | 12 bags of Nike hats of 12 per bag (144) |
| 61 | 1 photo of Bush with Mayor Guiliani and 1 unidentified picture |
| 62 | 48 Nike baseball hats |
| 63 | 173 Nokia handsfree earpiece |
| 64 | 1 Nike hat |
| 65 | 2 Nokia headsets |
| 66 | 96 Music Performers pictures |
| 67 | 200 Music Performer pictures |
| 68 | 118 MLB logo baseball caps |
| 69 | 10 bags of Nike hats, with 12 hats in each bag (120) |
| 70 | 3 Luis Vuitton handbags |
| 71 | 1 pair of Timberland shoes |
| 72 | 3 pair and 1 right shoe Nike |
| 73 | 52 Nike hats |
| 74 | 6 Reebok basketball jerseys |
| 75 | 140 packages of 16 count powercell AA batteries |
| 76 | 4 pair of Nike shoes |
| 77 | 700 Get rich or die trying DVD labels, 40 movie DVDs, 2 additional DVD labels |
| 78 | Fifty nine (59) music CDs |
| 79 | sixteen (16) pairs NIKE Air Force One |
| 80 | twelve (12) pair of Timberland Boots |
| 81 | 497 White Rkelly DVD and 417 Rkelly Trapped in the Closet DVD labels |
| 82 | 31 pair Nike warm up pants |

| ITEM# | DESCRIPTION |
|---|---|
| 83 | 12 Pair Nike Air Force One |
| 84 | 12 Pair Nike Air Force One |
| 85 | 50 DVD cases with labels |
| 86 | 12 Pair Nike Air Force One |
| 87 | 51 DVD cases with labels |
| 88 | 12 Pair Nike Air Force One |
| 89 | 1 Louis Viuton bag and 3 Gucci bags |
| 90 | 12 bags of 12 (144 total) Nike knit caps |
| 91 | 12 bags of 12 (144 total) Nike Knit Caps |
| 92 | 23 DVDs, miscellaneous case labels, receipt for "Bigman" for $75 |
| 93 | 12 pair Nike Air Force One |
| 94 | 12 Pair Nike Air Force One |
| 95 | 11 Pair Nike Air Force One |
| 96 | 50 DVD covers with labels |
| 97 | 75 blank empty DVD cases |
| 98 | 120 packs of 16 top cell batteries/pack |
| 99 | 120 packs of 16 top cell batteries/pack |
| 100 | 120 packs of 16 top cell batteries/pack |
| 101 | 120 packs of 16 top cell batteries/pack |
| 102 | 120 packs of 16 top cell batteries/pack |
| 103 | 120 packs of 16 top cell batteries/pack |
| 104 | 120 packs of 16 top cell batteries/pack |
| 105 | 120 packs of 16 top cell batteries/pack |
| 106 | 120 packs of 16 top cell batteries/pack |
| 107 | 120 packs of 16 top cell batteries/pack |
| 108 | 120 packs of 16 top cell batteries/pack |
| 109 | 120 packs of 16 top cell batteries/pack |
| 110 | 120 packs of 16 top cell batteries/pack |
| 111 | 120 packs of 16 top cell batteries/pack |
| 112 | 120 packs of 16 top cell batteries/pack |

| ITEM# | DESCRIPTION |
|---|---|
| 113 | 120 packs of 16 top cell batteries/pack |
| 114 | 120 packs of 16 top cell batteries/pack |
| 115 | 120 packs of 16 top cell batteries/pack |
| 116 | 120 packs of 16 top cell batteries/pack |
| 117 | 120 packs of 16 top cell batteries/pack |
| 118 | 120 packs of 16 top cell batteries/pack |
| 119 | 88 packs of Super Deer 16 per pack |
| 120 | 119 packs of top cell batteries/ 16 per pack |
| 121 | 96 packs of top cell batteries/ 16 per pack |
| 122 | 8 boxes of 20 cards 16 per card of power cell batteries. |
| 123 | 8 boxes of 20 cards, 16 per card of power cell batteries. |
| 124 | 8 boxes of 20 cards. 16 per card of power cell batteries. |
| 125 | 8 boxes of 20 cards. 16 per card of power cell batteries. |
| 126 | 24 cingular prepaid cell phones and 1 empty box for a cingular prepaid cell phone |
| 127 | 15 Olympia Camera kits |
| 128 | 7 Louis Vuitton hand bags |
| 129 | 250 super cell batteries |
| 130 | 50 empty DVD cases |
| 131 | 50 empty DVD cases |
| 132 | 1 pair Air Jordan shoes |
| 133 | 1 Nokia cell phone without battery |
| 134 | 340 Music CDs |
| 135 | 55 Music CDs |
| 136 | 16 DVDs and cover liners. |
| 137 | 8 DVDs and emplty DVD cases |
| 138 | 27 DVDs. DVD labels. empty DVD cases |
| 139 | 1 picture of sports figure |
| 140 | 1 Panaromic Camera and flash |
| 141 | 50 Empty DVD cases |
| 142 | 1 Olymiz DL 2000 Camera |

| ITEM# | DESCRIPTION |
|---|---|
| 143 | 1 Olympia video camera and 9 olympia 35 mm camera kits |
| 144 | 220 "D" Cell super cell batteries, 34 Max Cell "C" batteries, 16 Duel Cell AA batteries, 16 Dina-Cell AA batteries |
| 145 | 100 empty DVD cases |
| 146 | 100 empty DVD cases |
| 147 | 100 empty DVD cases |
| 148 | 100 empty DVD cases |
| 149 | 100 empty DVD cases |
| 150 | 100 empty DVD cases |
| 151 | 100 empty DVD cases |
| 152 | 100 empty DVD cases |
| 153 | 50 Empty DVD cases |
| 154 | 50 Empty DVD cases |
| 155 | Silver and Blue touch panel model 218 telephone with calendar and calculator |
| 156 | 1 Panasound Camera |
| 157 | 6 16 packs of AA batteries |
| 158 | 56 DVDs, 1 CD, DVD labels |
| 159 | 52 packages of 16 per package, AAA Superdeer batteries |
| 160 | 1 medium size box full of bindles |
| 161 | 1 medium size box full of bindles |
| 162 | 1 medium size box full of bindles |
| 163 | 1 extra large size box full of bindles |
| 164 | 559 Music CDs |
| 165 | 14 DVDs |
| 166 | 1 Red Ericsson phone in box with adapter and smart chip card 202-679-4126, one blue ericsson phone in box with adapter and smart chip card 202 679 4184. |
| 167 | 2 DVDs, 7 DVD Labels |
| 168 | 1 handwritten note listing movie titles and quantities and a total price and legal documents from Department of Health |
| 169 | 24 packages of 16 pack Top Cell batteries |
| 170 | 1 medium box full of bindles |

| ITEM# | DESCRIPTION |
|---|---|
| 171 | 1 Large Box full of bindles |
| 172 | 1 Large Box full of bindles |
| 173 | 223 DVDs, DVD labels |
| 174 | 36 DVDs |
| 175 | Bank records, address books, note pads, invoices and business records |
| 176 | 1 DVD |
| 177 | 5 Cingular smart chip cards |
| 178 | 22 DVD Jacket Cover Liners |
| 179 | 1 Nike team clothing tag, 1 NBA Authentic clothing tag, 1 NBA store clothing tag |
| 180 | Notebook containing transaction records and phone numbers |
| 181 | 1 Olympia camera |
| 182 | 1 Sony Ericsson cell phone |
| 183 | 1 black Lacoste shirt |
| 184 | 48 "AAA" Batteries, 10 "RZO" Batteries, 1 "C" Battery |
| 185 | 229 DVD Movie Labels (jackets) |
| 186 | 16 Dina Cell Batteries |
| 187 | 50 DVDs |
| 188 | 9 DVDs in cases |
| 189 | Utility bills and invoices |
| 190 | 1 Olympia Camera |
| 191 | 1 pair Nike warm up pants |
| 192 | 9 DVD movie case jacket labels, 7 assorted DVD movies |
| 193 | 35 Nokia handsfree headsets |
| 194 | 5 DVDs and 43 DVD labels |
| 195 | 80 DVDs, Misc DVD labels |
| 196 | Product invoices, list of movie titles, quantities and cost, business card from Pinnacle Entertainment |
| 197 | IRS tax records, invoices, supplier faxes and catalogues, DC court documents |
| 198 | 15 CDs, note pad receipt book |
| 199 | 1 DVD |
| 200 | 10 DVDs |

| ITEM# | DESCRIPTION |
|---|---|
| 201 | 14 DVD cover liners, 4 DVDs in plastic case |
| 202 | 225 DVD cover liners and 4 DVDs |
| 203 | 2 DVDs |
| 204 | 3 cell phones |
| 205 | 2 nationals caps |
| 206 | One black polo by Ralph Lauren shirt |
| 207 | Invoice to Dollar Star, Mt. Pleasant St. WDC |
| 208 | 50 Nokia Hands Free headset |
| 209 | 50 Nokia Hands Free headset |
| 210 | 1 Gucci Bag |
| 211 | Rolodex |
| 212 | 6 Unlabeled CDs |
| 213 | 3 Olympic Cameras |
| 214 | 11 pictures of famous people |
| 215 | 1 DVD |
| 216 | 5 sets of 3 pack set of starter sox |
| 217 | 1 Olympia 35 MM camera and flash, 1 pack of sport socks, 4 packs everich watch batteries |
| 218 | Utility (Gas) Bills |
| 219 | Invoice for luggage, gas receipts, credit card receipts, DVDs business cards, Remax business cards, etc. |
| 220 | Invoice from Conch USA Inc. |
| 221 | 1 Audiovox portable DVD player with 1 unlabeled DVD loaded/contained within it, 1 adapter |
| 222 | 1 Silver LG Cingular cell phone |
| 223 | 5 DVDs |
| 224 | 1 sales order book, business mail and utility records, invoices for YY Enterprises or YY Wholesale |
| 225 | Bank receipts, several business cards, and pieces of paper |
| 226 | Mail from Caballero Video, and At&t |
| 227 | Receipts, Bank and financial records and handwritten notes |
| 228 | 1 black calculator, 1 Nokia camera/cell phone |
| 229 | 1 Reebok football Jersey - Redskins |
| 230 | 3 Ericsson cell phone earpieces |

| ITEM# | DESCRIPTION |
|---|---|
| 231 | 1 Nike Basketball Jersey |
| 232 | WDC ID card for Michael M. Alston |
| 233 | 1 Calvin Klein shirt |
| 234 | 2 Ericson cell phones |
| 235 | Receipts and bank statements |
| 236 | Financial documents from Bank of America, Y Mart Enterprises & Deposit slips Bank of America |
| 237 | Invoices, Business records for YY Wholesale, Sup Ct. records for Civil court Case CA 04 CA 009 003 04-CA 009 049 |
| 238 | Bank of America deposit tickets and account records for YY Enterprises |
| 239 | Property Tax bill, collection agency documents, bills, misc tax documents, foreclosure docs. |
| 240 | 2 DVDs |
| 241 | 1 Ericson cell phone serial number ESN 20415643004 and charger |
| 242 | brown wallet |
| 243 | 1"DB" purse - contents and personal items removed |
| 244 | Silver motorola "cingular" camera/cell phone labelled in part T830027380  SVU J30 803. SUG 3625 AA 0101 |
| 245 | invoices related to YY wholesale or Enterprize |
| 246 | Telephone records |
| 247 | Records and documents relating to YY Enterprizes |
| 248 | Stuff written in Chinese |
| 249 | Ericsson cell phone  S/N 0213066013C5BQNP |
| 250 | Envelope containing Yuan related real estate info. |
| 251 | Counterfeit L. Voutton 3 page brochure |
| 252 | Life Aquatic DVD case empty |
| 253 | Tax related documents |
| 254 | Invoices |
| 255 | Nextel and Horizon bills |
| 256 | 1 DVD cover |
| 257 | Maryland Certificate of Title and Bill of Sale of Vehicle |
| 258 | Business articles of incorporation, certificate of taxes, other business documents |
| 259 | INS documents |

| ITEM# | DESCRIPTION |
|---|---|
| 260 | Spiral notebook |
| 261 | Financial documents, carbon copies of checks and bank information |
| 262 | Misc. D.C. complaints re: Yuan |
| 263 | Folder labeled "Accounting for tax" containing invoices, check stubs, etc. |
| 264 | Cash $340., another $43, (singles) total $383. |
| 265 | Cash - 1 $20, 1 $5, 14 $1 (total $39) |
| 266 | Cash - 1 $10, 2 $20 (total cash $50) |
| 267 | Cash: 1 $2, 40 $5, 35 $10, 75 $20, 27 $50, 10 $100, $3.05 in coin (total $4,402 bills and $3.05 in coin) |
| 268 | 1 check for $8,658.42 taken from pocket of Qi Yao Yuan when arrested |
| 269 | 1 blue checkbook and 14 uncashed checks totalling $29,482.35 |
| 270 | Cash $95 total from right front jean's pocket of Ping Chen |
| 271 | Cash $315 from Ping Chen's right front pocket of Nike Jacket |
| 272 | Cash $4 |
| 273 | 3 Bank of America Visa cards, 1 First Equity Visa card, 1 Macy's Gift Card, and 1 Metro Fare Card valued $1.55 |
| 274 | $600 cash from Left rear pocket of Ping Chen |
| 275 | 1 $20 suspected to be counterfeit |
| 276 | Cash $61 - 1 $20, 1 $10, 1 $5, 26 $1 totalling $61 |
| 277 | Cash $60 - 3 $20 bills |

| ITEM# | DESCRIPTION | |
|---|---|---|
| | (END OF LIST) | Total of 277 Item(s) Listed |

This is to certify that Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice, at the time of conducting a search of my person and/or the property (1225 4th Street NE Washington DC) obtained the above listed items. I further certify that the above represents all that was obtained by Special Agents of the Federal Bureau of Investigation, U.S. Department of Justice.

NO PERSONS PRESENT AT CESSATION OF SEARCH
Signature

Witnessed: *Stephen K. Schmidt*
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice

*Melisa R. Gall*
Special Agent
Federal Bureau of Investigation
U.S. Department of Justice